**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2381**

In re:  UNDER SEAL,

 Petitioner.

On Petition for Writ of Mandamus.
(7:07-cr-00010-D-1; 4:15-cr-00070-D-1; 4:20-cv-00003-D)

Submitted:  September 9, 2021                     Decided:  September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Under Seal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Petitioner petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on several motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on all of the motions on December 23, 2020. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*